**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr>
<td>

NEWSGUARD TECHNOLOGIES,
INC.,

        *Plaintiff,*

    v.

FEDERAL TRADE COMMISSION and
ANDREW FERGUSON, in his official
capacity as Chairman of the Federal
Trade Commission,

        *Defendants.*

</td>
<td>

Civil Action No.: 1:26-cv-00353-DLF

</td>
</tr>
</table>

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A
PRELIMINARY INJUNCTION**

Having fully considered Plaintiff's Motion for a Preliminary Injunction, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Court finds that Plaintiff has shown a substantial likelihood of success on the merits and that it will suffer immediate and irreparable harm from Defendants' conduct absent immediate and preliminary injunctive relief. The Court also finds that the balance of equities and the public interest tip in Plaintiff's favor.

Accordingly, it is hereby **ORDERED** that:

1. The FTC, Chairman Ferguson, his officers, agents, servants, and employees, during the course of this matter and until otherwise ordered by this Court or the case reaches finality, are **ENJOINED** from initiating any action to enforce the CID.

2. The FTC, Chairman Ferguson, his officers, agents, servants, and employees, during the course of this matter and until otherwise ordered by this Court or the case reaches finality, are **ENJOINED** from initiating any action to enforce the Omnicom-IPG merger condition.

3. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff is not required to post a bond for this injunction.

**SO ORDERED.**

Dated: _____

_____

DABNEY L. FRIEDRICH
United States District Judge