

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Samuel Rudovsky, Esq.

#### DATE OF ADMISSION

#### October 24, 2024

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 31, 2025

_____
Nicole Traini
Chief Clerk