IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEWSGUARD TECHNOLOGIES, INC., | |
| *Plaintiff*, | |
| v. | No. 1:26-cv-0353 (DLF) |
| FEDERAL TRADE COMMISSION and ANDREW FERGUSON, in his official capacity as Chairman of the Federal Trade Commission, | |
| *Defendants*. | |

**DEFENDANTS' NOTICE OF THE COMMISSION'S ORDER
REGARDING NEWSGUARD'S PETITION TO QUASH**

Today, March 6, 2026, the Commission issued a ruling denying NewsGuard's petition to quash the Civil Investigative Demand.  The Commission's order is attached as **Exhibit A**. NewsGuard's petition to quash is attached as **Exhibit B**.  Both documents also will be available through the Commission's website.  *See* FTC, *Legal Library: Petitions to Quash*, https://tinyurl.com/2tudb3wz.

Dated:  March 6, 2026
        Washington, D.C.

Respectfully submitted,

OF COUNSEL:

DANIEL GUARNERA
*Director*

KELSE MOEN
*Deputy Director*

BUREAU OF COMPETITION

LUCAS CROSLOW (D.C. Bar #1048342)
*General Counsel*

H. THOMAS BYRON III (D.C. Bar #442856)
*Deputy General Counsel*

ALEX POTAPOV (D.C. Bar #998355)
*Deputy General Counsel*

/s/ Ethan D. Beck
ETHAN D. BECK (D.C. Bar #90024619)
*Counsel to the General Counsel*

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-2110
ebeck@ftc.gov

*Attorneys for the Defendants*