IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEWSGUARD TECHNOLOGIES, INC.,<br><br>                                   *Plaintiff*,<br><br>     v.<br><br>FEDERAL TRADE COMMISSION and ANDREW FERGUSON, in his official capacity as Chairman of the Federal Trade Commission,<br><br>                                   *Defendants*. | No. 1:26-cv-0353 (DLF) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE
OF SUPPLEMENTAL AUTHORITY**

NewsGuard invokes an out-of-circuit district court decision to argue that the CID is invalid because any advertising boycott that NewsGuard might have facilitated would not cause "antitrust injury" and thus "would not implicate antitrust law." Dkt.30 at 2. This is misguided in several respects.

*First*, NewsGuard forfeited this argument by not raising it in its briefing or at oral argument. And it fails to properly present it even now, merely asserting (without explanation) that there would be no antitrust injury here. *Id.*

*Second*, NewsGuard overlooks that the Commission need not demonstrate an antitrust violation to launch an investigation. Instead, the FTC may investigate "merely on suspicion that the law is being violated, or even just because it wants assurance that it is not." *United States v. Morton Salt Co.*, 338 U.S. 632, 642-43 (1950); *see* Dkt.20 at 14, 33.

*Third*, the non-binding decision NewsGuard invokes is beside the point in any event. It held only that a particular private plaintiff had not satisfied the "antitrust injury" test. *See X Corp. v. World Fed'n of Advertisers*, 2026 WL 833900, at *24-28 (N.D. Tex. Mar. 26, 2026). But

"antitrust injury" is a standing requirement that applies solely to private plaintiffs, not law enforcement agencies like the FTC.  *E.g.*, *City of Oakland v. Oakland Raiders*, 20 F.4th 441, 455 n.10 (9th Cir. 2021) (the federal government "is authorized to sue anyone who violates the antitrust laws").  And rightly so: The Commission is investigating whether *anyone* (not just one plaintiff) has been harmed in violation of the antitrust laws.  NewsGuard cannot pretermit that inquiry (before any potential complaint has even been filed) simply because a court held that a private litigant's allegations in a different lawsuit did not demonstrate antitrust injury.

Dated: April 1, 2026
        Washington, D.C.

                                    Respectfully submitted,

OF COUNSEL:                         LUCAS CROSLOW (D.C. Bar #1048342)
                                    *General Counsel*

DANIEL GUARNERA
*Director*                          H. THOMAS BYRON III (D.C. Bar #442856)
                                    *Deputy General Counsel*

KELSE MOEN
*Deputy Director*                   ALEX POTAPOV (D.C. Bar #998355)
                                    *Deputy General Counsel*

BUREAU OF COMPETITION

                                    */s/ Ethan D. Beck*
                                    ETHAN D. BECK (D.C. Bar #90024619)
                                    *Counsel to the General Counsel*

                                    FEDERAL TRADE COMMISSION
                                    600 Pennsylvania Ave., N.W.
                                    Washington, DC 20580
                                    (202) 326-2110
                                    ebeck@ftc.gov

                                    *Attorneys for the Defendants*