IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEWSGUARD TECHNOLOGIES, INC.,

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION and
ANDREW FERGUSON, in his official
capacity as Chairman of the Federal Trade
Commission,

*Defendants*.

No. 1:26-cv-0353 (DLF)

**DEFENDANTS' UNOPPOSED MOTION TO SUSPEND DEADLINE
TO ANSWER OR MOVE TO DISMISS UNTIL FURTHER ORDER**

Defendants Federal Trade Commission and Andrew Ferguson hereby move the Court to suspend, until further order of this Court, the deadline to answer the complaint or to file a motion under Rule 12 of the Federal Rules of Civil Procedure. The current deadline for defendants to respond to the complaint is April 13, 2026. Defendants previously moved to extend that deadline until May 15, 2026, to permit the parties to address the Court's ruling on plaintiff's motion for a preliminary injunction. Dkt.29. This Court denied that motion without prejudice on March 26, 2026, indicating that "defendants may renew their motion after the Court rules on the plaintiff's [11] Motion for Preliminary Injunction." Minute Order, Mar. 26, 2026. Defendants respectfully request that the Court suspend the deadline pending further order of the Court, in order to permit such a renewed motion. Suspending the deadline will give the parties and the Court an opportunity to consider an appropriate briefing schedule following a decision on the preliminary injunction motion.

Defendants have conferred with Plaintiff's counsel pursuant to Local Civil Rule 7(m). Plaintiff's counsel indicated that they do not oppose the requested relief.

**CONCLUSION**

For the reasons set forth above, the deadline to answer or otherwise respond to the complaint should be suspended until further order of this Court.


Dated: April 7, 2026

Respectfully submitted,

OF COUNSEL:

DANIEL GUARNERA
*Director*

KELSE MOEN
*Deputy Director*

BUREAU OF COMPETITION

LUCAS CROSLOW (D.C. Bar #1048342)
*General Counsel*

ALEX POTAPOV (D.C. Bar #998355)
*Deputy General Counsel*


/s/  H. Thomas Byron III

H. THOMAS BYRON III (D.C. Bar #442856)
*Deputy General Counsel*

ALAN BAKOWSKI (D.C. Bar #990312)
ETHAN D. BECK (D.C. Bar #90024619)
ROBERT E. ZUVER, JR. (D.C. Bar #987216)
*Attorneys*

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-2527
hbyron@ftc.gov

*Attorneys for the Defendants*