# Exhibit 5



United States of America
## FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

Bureau of Competition
Technology Enforcement Division

April 16, 2026

**<u>VIA EMAIL</u>**

NewsGuard Technologies, Inc.
c/o Sophia A. Hansell, Esq.
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, DC 20036
SHansell@gibsondunn.com

     **<u>Re:    FTC File No. 251-0061</u>**

Dear Ms. Hansell:

On May 20, 2025, the Federal Trade Commission issued a Civil Investigative Demand ("the CID") to NewsGuard Technologies, Inc. ("NewsGuard").  On April 15, 2026 the Commission entered, and a federal district court approved, a settlement in *Federal Trade Commission, et al., v. Dentsu US, Inc., et al.*, No. 26-cv-469 (N.D. Tex. 2026), that resolved the issues related to NewsGuard that gave rise to the CID.  Accordingly, the Commission no longer requires compliance with the CID.  Pursuant to FTC Rule 2.7(*l*), this letter withdraws the CID.

        */s/ Patricia Galvan*
        Patricia Galvan
        Assistant Director
        Technology Enforcement Division
        Bureau of Competition

cc:
Justin Epner
Attorney, Bureau of Competition