# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1700 M Street, N.W.
Washington, D.C.  20036
Tel 202.955.8500
gibsondunn.com

CONFIDENTIAL – FOIA EXEMPT

June 27, 2025

Justin Epner
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Telephone: (202) 326-2942
jepner@ftc.gov

Re:     **FTC File No. 251-0061**

Dear Justin:

This letter follows up on our June 18 meet and confer and provides (i) additional information about how NewsGuard could not possibly have market power in any properly defined antitrust market, (ii) additional information about the entities listed in Specification 9 of the CID, (iii) answers to questions you posed during our June 18 call, and (iv) an explanation of why NewsGuard could not possibly be coordinating or facilitating unlawful boycotts, which we understand to be the key inquiry driving the FTC's investigation. As explained herein, NewsGuard is a very small player in the digital advertising and "brand safety" industries. The extensive information requested by the CID is extremely burdensome for NewsGuard and is chilling its constitutionally protected speech. While NewsGuard appreciates the constructive engagement Staff has provided so far, we are hopeful that based on the information NewsGuard is providing, you will feel comfortable relieving NewsGuard of further responses to the CID and closing your investigation as to NewsGuard.

## I.    Background: NewsGuard's Products and Services for Advertising Industry

As we have discussed, NewsGuard was started in 2018 to provide an alternative to the secret ratings of news websites by certain digital platforms and by left-wing partisan advocacy groups. NewsGuard deploys a team of journalists to write reviews of thousands of news and information websites based on a set of nine basic, *apolitical* criteria reflecting widely accepted journalistic standards. The criteria are weighted based on importance, and NewsGuard's determination of the site's performance on the criteria results in a 0-100 score for reliability. Our journalists constantly monitor these websites to revise ratings when appropriate. With that in mind, when publishers improve their accuracy or transparency practices, NewsGuard updates its ratings accordingly. To take one example, a website called Western Journal started out with an extremely low score in 2020, primarily because its editor and publisher, a highly opinionated conservative, did not have journalism experience and was not familiar with standard journalist practices, such as having a transparent corrections policy or separately

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.

Federal Trade Commission
June 27, 2025
Page 2

labeling news and opinion articles. At his initiative, NewsGuard engaged with him on these issues, and within a year Western Journal had a highly reliable rating and continues to have that rating today. The site's improved score was the result not of a change in its political views – it remains a staunchly conservative outlet. Instead, it improved basic journalistic practices such as adding a policy for correcting errors, disclosing its ownership and financing, revealing who is in charge of content including any potential conflicts of interest, and the like.

Given NewsGuard's demonstrated apolitical approach to rating news sources, NewsGuard was extremely troubled by Chair Ferguson's recent reliance on a source claiming NewsGuard seeks to "effect political or ideological goals."[1] That assertion is absolutely false and we are at a loss for what factual basis could possibly support it. To the extent you or the Commission have formed a view about this issue that appears to be highly relevant to the investigation we understand the agency to be conducting, we encourage you to engage with us.

NewsGuard's criteria and scoring system are public, on NewsGuard's website, with detailed definitions laying out why a website would pass or fail each of the criteria.[2] Each website's published rating includes a detailed report explaining how NewsGuard determined the site's performance on each of the criteria. This scoring system has no political or ideological goals whatsoever. Before a rating is issued that assesses underperformance on any of the criteria, the websites being rated are contacted for comment by NewsGuard analysts. Publisher comments are included in the written rating report (called a "Nutrition Label") so that subscribers to NewsGuard's ratings can understand the publisher's point of view and make their own assessment. The entire process is transparent and apolitical.

If NewsGuard determines that a website fails any of the nine criteria, NewsGuard explains in detail the evidence it relied on to make that determination. For example, if NewsGuard determines that a website does not have effective practices for correcting and clarifying factual errors, the Nutrition Label rating report will explain whether NewsGuard's analysts found any factual corrections, over what period of time, and whether those corrections clearly disclosed the factual error that had been rectified. If NewsGuard determines that a website repeatedly publishes false or egregiously misleading claims, the Nutrition Label rating report lists numerous examples of such claims. Again, in any instance where a website is thought not to meet one of the criteria, the website's proprietors are always contacted for comment prior to publication. Subscribers to NewsGuard ratings may review NewsGuard's

---

[1] Statement of Chairman Andrew N. Ferguson, In the Matter of Omnicom Group / The Interpublic Group of Cos., Matter Number 2510049 (June 23, 2025), at 5 (referencing a House Committee's report that "describe[ed] NewsGuard and other organizations' steering of advertising revenue with 'an unavoidable partisan lens'"), *available at* https://www.ftc.gov/system/files/ftc_gov/pdf/omnicom-ipg-ferguson-statement_0.pdf.

[2] https://www.newsguardtech.com/ratings/rating-process-criteria/.

Federal Trade Commission
June 27, 2025
Page 3

reasoning to make their own determinations. Partisan politics plays no role in NewsGuard's ratings.

NewsGuard licenses subscriptions to these ratings to consumers and to various kinds of companies and stakeholders, including in the advertising industry. Importantly, NewsGuard does not dictate in any case whether a website it rates is monetized by any ad platform, or whether any individual advertiser advertises or does not advertise on any particular website for any particular ad campaign. In most cases, NewsGuard does not even receive feedback about how an advertiser has used its data. Instead, NewsGuard provides ratings data, and each advertiser (or its chosen proxy) makes its own decisions about whether and how to use NewsGuard's ratings to inform pursuit of its advertising goals—including by not using NewsGuard's ratings at all, which is by far the most common practice, as explained below.

## II.    NewsGuard Is a Minor Player in the Advertising "Brand Safety" Industry

NewsGuard does not command anything approaching market power in any portion of the advertising industry or the "brand safety" industry, which is dominated by companies with billion-dollar-plus valuations such as Google, DoubleVerify, Integral Ad Science (IAS), and Oracle Moat. NewsGuard is a small player, competing against gargantuan, far more established competitors, and usage of NewsGuard data in the industry is far from widespread.

While NewsGuard lacks clear information about market shares in the digital advertising ecosystem, below is a summary of the various categories of programmatic advertising industry companies that use NewsGuard's data and an estimate of the scope and scale of NewsGuard's usage by that category of company:

**Individual Advertiser Licenses:** Individual advertisers (aka brands) may license NewsGuard's ratings as data to help determine which website to target or avoid in a programmatic ad campaign. Theoretically, this could include, for example, an advertiser electing to target an ad campaign to local news outlets that NewsGuard has determined to be reliable (and, thus, unlikely to violate the brand's safety standards for preserving its brand reputation).

However, direct licensing of NewsGuard's data by advertisers is extremely rare. NewsGuard has had *less than 10 individual brand licensees* in its eight-year history out of tens or even hundreds of thousands of brands placing advertisements at any given time. As an indication of how many advertisers there are, just one of the top ad agency holding companies (Dentsu) boasts that it represents more than 11,000 brands.[3]

---

[3] https://www.dentsu.com/au/en/who-we-are.

Federal Trade Commission
June 27, 2025
Page 4

**<u>Individual Advertiser Use of "Pre-Bid Segments" in Ad-Buying Platforms:</u>**
NewsGuard also uses its ratings to generate "segments" that are licensed to certain ad-buying platforms, also known as Demand-Side Platforms (DSPs). To the extent a DSP has a relationship with NewsGuard, it can offer NewsGuard's ratings data and segments as "filters" or selections to advertisers using the platform, and each advertiser on the platform may elect—or not—to deploy NewsGuard's data as part of the suite of criteria it uses for targeting its online ads. Such activation is in all cases an "opt-in" decision by each advertiser, which requires the advertiser to proactively choose to use NewsGuard's data or segments. The advertiser chooses which, if any, of NewsGuard's segments to apply to its campaign and will typically combine NewsGuard's data with other targeting criteria or third-party data segments the advertiser chooses based on each advertiser's own unique needs and predilections. When an advertiser (or the agency acting on its behalf) does opt to use NewsGuard's data, there are countless permutations of how they can elect to apply it to their ad campaign. Those are bespoke choices made by the advertiser or its proxy; NewsGuard does not dictate or even typically receive information about how its data is deployed. Advertisers may choose to target or block domains (e.g., news websites) based on certain apolitical filters made available by the DSP, such as including local news websites with NewsGuard scores of 80+, or excluding websites generated by AI without human supervision, or websites NewsGuard has determined, for example, that have a record of publishing false claims about the Russia-Ukraine war. Advertisers may choose which segments, if any, to use as a part of their ad campaign and whether to target or to block ad placements on the websites in each segment. Again, none of NewsGuard's segments is political or ideological in nature. Quite the contrary, each segment is based on the application of the company's transparent and apolitical rating criteria, thereby resulting in a mix of left leaning and right leaning sites.

Usage of NewsGuard's data by advertisers through DSPs (or contextual targeting platforms that integrate with DSPs) represents a miniscule share of the programmatic advertising industry. In April 2025, the last month for which NewsGuard has data, NewsGuard recorded approximately 240 million ad impressions that used NewsGuard data or segments through such integrations. In comparison, there an estimated *five to seven trillion* total ad impressions per month industry wide. In other words, *NewsGuard's data was used via ad buying platforms less than 0.003% of the time*.

Federal Trade Commission
June 27, 2025
Page 5

Indeed, just one of Google's advertising platforms, Google DoubleClick, serves about 3.3 trillion ad impressions each month (40 trillion per year).[4]  Google does not offer NewsGuard data in any of its ad-buying products. In fact, the Department of Justice and numerous States have recently established that Google monopolizes several advertising-related markets, such that NewsGuard's lack of relationship with Google, alone, is sufficient to show that NewsGuard is shut out of the majority of customer demand. Similarly, Facebook, another of the largest DSPs, does not use NewsGuard's data.

**Supply-Side Platforms:** Some advertising platforms that source ad inventory from publishers, or "Supply-Side Platforms" (SSPs), license NewsGuard's data to use in choosing which websites to include in their inventory among the millions of websites available on the internet.

Each platform that licenses NewsGuard's data for this purpose makes its own decision about how to utilize the data. Some may focus on whether a publisher passes or fails specific criteria out of the nine NewsGuard measures. Others may focus on whether a publisher falls below a certain NewsGuard score. Others simply read NewsGuard's Nutrition Label reports for added context on a site's reliability. NewsGuard is not privy to the specifics of how its data is used to inform decision making and/or whether and how its data is ultimately deployed. However, in no case, to NewsGuard's knowledge, is NewsGuard's rating of a website the only factor considered in determining whether a SSP will host a website on its platform—though ultimately the choice of what to do with NewsGuard's data is up to each advertiser.

Most supply-side platforms do *not* use NewsGuard's data. Indeed, of the three largest web SSPs by United States market share as of the end of 2024—Google Ad Exchange, Index Exchange, and Magnite—none subscribes to NewsGuard's ratings.[5] Top SSPs in other categories such as mobile apps (Verve) and connected TV (Freewheel and Adtelligent) also do not subscribe to NewsGuard's data.

**Ad Agencies:** No advertising agency uses NewsGuard ratings for programmatic advertising placement at the agency-wide level. The only authorized use of NewsGuard's data for programmatic ad placement by agencies is on behalf of specific brands who proactively opt to subscribe to access NewsGuard's data or to activate it through ad-buying platforms (which, as described above, constitutes a small number of brands).

---

[4] https://froggyads.com/blog/top-10-real-time-bidding-companies/.
[5] https://www.pixalate.com/blog/q4-2024-ssp-market-share-report-north-america.

Federal Trade Commission
June 27, 2025
Page 6

*Put simply, if there was a conspiracy of the kind the FTC apparently is investigating, such as a conspiracy to boycott publishers based on their conservative views, NewsGuard would be the most unlikely of facilitators because (a) it does not rate publishers based on politics, and (b) it does not have the market share to facilitate any kind of boycott.*

### III. NewsGuard's Relationships With Entities Listed in CID Specification 9

As described in more detail below, NewsGuard has (or has had) limited or no relationships with the entities listed in Specification 9. As we've discussed, NewsGuard is in the process of collecting communications NewsGuard personnel have had with these entities during the Relevant Period, and NewsGuard will prepare those documents for production in the near term.

    a.    **World Federation of Advertisers (WFA)**: NewsGuard has never had any commercial relationship or any partnership with, and has never been a member or partner of, WFA.

    b.    **Global Alliance for Responsible Media (GARM)**: NewsGuard has never had a commercial relationship or a partnership with, and has never been a member of, GARM. The following section of this letter addresses the questions you posed during our last call about GARM.

    c.    **Global Disinformation Index (GDI)**: NewsGuard competes with GDI, which provides some services aimed at addressing "brand safety" online. NewsGuard has never had any commercial relationship or partnership with GDI.

            NewsGuard's ratings differ from those produced by GDI, which NewsGuard's team has publicly described as partisan, biased, and untransparent. NewsGuard Co-CEO Gordon Crovitz described GDI's ratings in the Washington Examiner as "secret, biased, [and] unaccountable." GDI published a public report naming the 10 "Riskiest" publishers in the United States, nine of which were conservative or libertarian. Of the 10 publishers GDI rated as "riskiest," NewsGuard rates five as overall reliable, with one of the 10 receiving a perfect 100/100 score from NewsGuard.

    d.    **Interactive Advertising Bureau (IAB)**: NewsGuard briefly held a membership in the IAB in 2023. NewsGuard declined to renew the membership after finding it had no value to its business development efforts and was not worth the dues.

Federal Trade Commission
June 27, 2025
Page 7

e.  **Ad Fontes Media**: NewsGuard competes with Ad Fontes, which provides some services aimed at addressing "brand safety" online. NewsGuard has never had any commercial relationship or partnership with this entity.

f.  **The Check My Ads Institute**: CheckMyAds is an advocacy group that publishes reports about the advertising industry and conducts campaigns to pressure ad industry entities to change their advertising practices, including avoiding ad placements on publishers CheckMyAds deems to be disinformation sources—which CheckMyAds invariably defines as conservative publishers. NewsGuard has never had any partnership or relationship with CheckMyAds or collaborated on any reports with CheckMyAds.

    CheckMyAds and NewsGuard have historically differed dramatically about what constitutes an unreliable source. Indeed, CheckMyAds has been highly and publicly critical of NewsGuard. In August 2022, CheckMyAds wrote an article titled, "How NewsGuard boosts the American disinformation economy," which criticized NewsGuard for rating various conservative media outlets as reliable, including: The Daily Wire, The Daily Signal, The Daily Caller, Timcast, and Fox News. On social media, its founder wrote that NewsGuard, "claims to 'combat disinformation' - without examining transphobia, homophobia, misogyny, racism, etc. Put these fools back on a rocket ship to the '80s. We don't need that here."

    The founder also implied (falsely and without evidence) on multiple occasions that NewsGuard Co-CEO Gordon Crovitz might take bribes from publishers in exchange for giving conservative publishers high ratings. For instance, in a social post, the founder wrote: "it's very @NewsGuardRating likely has a backdoor deal w/ Fox News to keep them 'green'" and followed up by publicly asking Crovitz whether he "ever accepted financial compensation from any publisher you have reviewed - including consulting agreements?" To be clear, neither NewsGuard nor its leadership has or would ever accept financial compensation from publishers relating to their ratings.

g.  **Integral Ad Services (IAS)**: NewsGuard and IAS began a small ($60,000/year) licensing contract in 2024 focused only on using NewsGuard's feed of data about false claims spreading online to inform the team working on a brand safety product for social media. This data stream of false claims is separate from the reliability ratings of news websites. There is no automated use of NewsGuard data as a part of this partnership with IAS; NewsGuard's

Federal Trade Commission
June 27, 2025
Page 8

data is simply used via a web dashboard by the team in charge of the product as an added information source.

IAS does not have any license for NewsGuard's ratings of publishers, nor does it have access to NewsGuard's data to determine which publishers' websites (or pages on those websites) will be monetized. Instead, IAS had indicated publicly that it relies on ratings from the Global Disinformation Index (GDI).

h.   **DoubleVerify**: NewsGuard competes with DoubleVerify, which provides some services aimed at addressing the same customer need. NewsGuard has never had any commercial relationship or partnership with DoubleVerify. (NewsGuard has explored potential licensing proposals with DoubleVerify in the past multiple times, unsuccessfully.)

i.   **Barometer**: NewsGuard launched a partnership publicly with Barometer in 2023. The partnership aimed to use NewsGuard's false claim data stream (not its ratings data) as a data source combined with Barometer's tool for checking podcast transcripts for certain types of content. The goal was to identify podcast episodes repeating false claims. However, NewsGuard and Barometer were not able to get the technology to work at a level of precision that either party was happy with, and NewsGuard and Barometer abandoned the partnership in late 2023 without having sold the product to any clients.

j.   **Media Matters for America**: Media Matters is an advocacy group that publishes reports, some of which are about misinformation. NewsGuard, which operates apolitically, has never had any partnership or relationship with Media Matters or collaborated on any reports with Media Matters. Media Matters has a news opinion website, mediamatters.org, which is among the many websites NewsGuard has rated as a part of its ratings product. (Its rating is lower than the rating NewsGuard has given to what is widely perceived to be its conservative counterpart, the Newsbusters website.)

k.   **The Center for Countering Digital Hate (CCDH)**: CCDH is an advocacy group that publishes reports, some of which are about misinformation. NewsGuard has never had any partnership or relationship with CCDH or collaborated on any reports with CCDH.

l.   **Nelez**: NewsGuard is unfamiliar with Nelez.

m.   **The Media Roundtable**: NewsGuard is unfamiliar with the Media Roundtable.

Federal Trade Commission
June 27, 2025
Page 9

### IV.        Responses to Questions Posed During Our June 18 Call

First, you asked for data on the number of large advertisers that block all news content on their own, preferring to place ads on social media platforms and sports, entertainment, and culture content instead.  Please refer to the testimony of Christian Juhl, Global Chief Executive Officer, GroupM (the largest ad agency holding company), in which he stated that news in all forms gets less than 5% of advertising and online news gets only 1.28%.[6]

Second, you asked for more information about NewsGuard's statement in our June 6 letter that "The vast majority of advertisers do not use NewsGuard's data," and for more information on the types of SSPs, DSPs, and agencies that use NewsGuard's data. The information provided above in Section III of this letter addresses your request.

Third, you asked about two references to GARM on NewsGuard webpages. Those statements refer to contemplated partnerships, but none ever came to fruition.  The statement you asked about on a portion of NewsGuard's website—that NewsGuard "joined the Global Alliance for Responsible Media to aid in their new effort to address misinformation as new category of concern"—was posted in error and during a period when NewsGuard was considering joining GARM. NewsGuard ultimately determined that the fees for membership to GARM were too high and did not join, but never took down the page. NewsGuard will promptly correct that statement on that webpage.  The other statement you asked about in a press release—that NewsGuard provides a solution for advertisers to adhere to GARM's "misinformation" category within its brand-safety framework—is accurate.  It does not state that NewsGuard has a commercial relationship with GARM or coordinated on that GARM framework, but rather that advertisers can use NewsGuard's products to comply with what was then a new GARM framework if advertisers choose to do so.  NewsGuard hereby confirms that it has never been a member or commercial partner of GARM and has never licensed its data to GARM.

Fourth, you asked why our June 6 letter referred to DailyKos.com as having a 45 score (on page 6 FN 5) and a 7.5 score (on page 7).  NewsGuard confirms that 45 is the more recent score and that the 7.5 score was accurate as of when NewsGuard produced documents to Congress in 2023.

---

[6] https://www.congress.gov/118/meeting/house/117518/witnesses/HHRG-118-JU00-Wstate-JuhlC-20240710-U3.pdf.

Federal Trade Commission
June 27, 2025
Page 10

**V.      NewsGuard's Data and Pre-Bid Segments Could Not Have Organized Boycotts**

As described above, most advertisers do not access NewsGuard's data. To our knowledge, every advertiser (or its proxy) that does, individually and unilaterally decides whether and how to employ NewsGuard's data to inform its targeted advertising campaigns. These decisions reflect advertisers' choices about where to spend their advertising dollars, which is quintessential First Amendment-protected speech.  NewsGuard does not tell advertisers where they should spend their dollars.  And advertisers don't tell NewsGuard where they decided to spend their dollars. So there have been no actual or *de facto* agreements among them to boycott, exclude competitors, or harm competition.

Furthermore, NewsGuard's ratings are apolitical.  NewsGuard does not rate websites based on whether they are liberal or conservative. And NewsGuard's data and segment lists do not allow any media platform or advertiser to target or block websites based on political or ideological views. So, there is no way NewsGuard could have organized advertising boycotts based on political or ideological views.  To the contrary, NewsGuard rates websites based on apolitical criteria reflecting widely accepted journalistic standards focused on identifying misinformation.

NewsGuard has a First Amendment right to publish its journalistic reliability ratings and to share that quintessential speech with anyone who wants to purchase it. We trust that the information NewsGuard has provided in response to your CID so far, including the information contained in this letter, will allow the Commission to expeditiously close this investigation as to NewsGuard so as to avoid further unwarranted burden and avoid further chilling its protected speech.

* * *

This letter and the production it references contain NewsGuard's highly confidential business information. NewsGuard thus requests that the Commission afford this letter and the materials submitted in this production with the greatest possible protections against disclosure under 16 C.F.R. §§ 4.9(c) and 4.10(a)(2), 5 U.S.C. § 552(b)(4), 15 U.S.C. § 46(f) and § 57b-2, and all other applicable statutes or regulations. Should the Commission receive any request for these materials, NewsGuard requests that it be given an opportunity to object to such disclosure. Further, NewsGuard respectfully requests that all materials provided in response to the CID be destroyed or returned to NewsGuard at the conclusion of the Commission's investigation.

This letter and the production it references shall not be construed as a waiver of any protection from disclosure or confidential treatment accorded by law, including, but not limited

Federal Trade Commission
June 27, 2025
Page 11

to, the attorney-client privilege or the work-product doctrine, and NewsGuard reserves all rights and intends to rely on and invoke any such protection as appropriate. If protected documents or information are inadvertently produced, NewsGuard reserves the right to notify the Commission, stating the bases for such protection, and requesting that the Commission promptly return or destroy the identified materials.

Moreover, this letter and the production it references are made in the spirit of cooperation and shall not be construed as a waiver of any of NewsGuard's objections to the CID, such as overbreadth, unreasonable burden, and First Amendment protections, or arguments which NewsGuard may raise in a Petition to Limit or Quash the CID.

Respectfully submitted,

*/s/ Sophie Hansell*

Sophie Hansell