**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEWSGUARD TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>*Defendants*. | No. 26-cv-00353 (DLF) |

## ORDER

For the reasons stated on the record in the Court's oral ruling during proceedings held on April 22, 2026, it is

**ORDERED** that the plaintiff's Motion for Preliminary Injunction, Dkt. 11, is **DENIED** without prejudice.

**SO ORDERED.**

_____
DABNEY L. FRIEDRICH
United States District Judge

April 22, 2026