**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NEWSGUARD TECHNOLOGIES, INC., | |
| *Plaintiff*, | Case No.: 1:26-cv-00353-DLF |
| v. | Hon. Dabney L. Friedrich |
| FEDERAL TRADE COMMISSION and ANDREW FERGUSON, in his official capacity as Chairman of the Federal Trade Commission, | |
| *Defendants*. | |

**NOTICE OF APPEAL**

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff NewsGuard Technologies appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 22nd day of April, 2026, denying NewsGuard's motion for a preliminary injunction. This appeal is subject to the expedited review provisions of D.C. Circuit Rule 47.2(a) and 28 U.S.C. § 1657.

Dated: April 22, 2026

Respectfully Submitted,

/s/ Robert Corn-Revere
   Robert Corn-Revere
   (D.C. Bar No. 375415)
James C. Grant
   (WA Bar No. 14358)
Sara E. Berinhout
   (MA Bar No. 703217)
Samuel Rudovsky
   (PA Bar No. 335724)
   Not Admitted to the D.C. Bar. D.C. Practice
   limited to U.S. federal courts and related
   matters under D.C. Ct. App. R. 49(c)(3).

FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@fire.org
jim.grant@fire.org
sara.berinhout@fire.org
sam.rudovsky@fire.org


*Counsel for Plaintiff*