**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NEWSGUARD TECHNOLOGIES, INC., | |
| *Plaintiff,* | |
| v. | Case No.: 1:26-cv-00353-DLF |
| FEDERAL TRADE COMMISSION and ANDREW FERGUSON, in his official capacity as Chairman of the Federal Trade Commission, | Hon. Dabney L. Friedrich |
| *Defendants*. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of April 22, 2026, the parties have conferred about scheduling in this matter. Counsel for Plaintiff indicated that NewsGuard would seek abeyance of proceedings in this Court to await decision by the Court of Appeals in the pending appeal, *NewsGuard Technologies v. FTC*, No. 26-5138 (D.C. Cir.). Counsel for Defendants stated that they would not agree to abeyance. NewsGuard proposes to file its motion for abeyance by May 15, 2026.

The parties also commit that, if the Court denies the motion for abeyance, they will meet and confer within 7 days of the Court's ruling to discuss further proceedings, and if the Court grants the motion, the parties will file a joint status report every 90 days.

1

Dated: April 29, 2026

LUCAS CROSLOW (D.C. Bar #1048342)
*General Counsel*

ALEX POTAPOV (D.C. Bar #998355)
*Deputy General Counsel*

/s/ H. Thomas Byron III
H. THOMAS BYRON III (D.C. Bar #442856)
*Deputy General Counsel*

ALAN BAKOWSKI (D.C. Bar #990312)
ETHAN D. BECK (D.C. Bar #90024619)
ROBERT E. ZUVER, JR. (D.C. Bar #987216)
*Attorneys*

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-2527
hbyron@ftc.gov

*Counsel for Defendants*

Respectfully Submitted,

/s/ Robert Corn-Revere
   Robert Corn-Revere
   (D.C. Bar No. 375415)
James C. Grant*
   (WA Bar No. 14358)
Sara E. Berinhout**
   (MA Bar No. 703217)
 Samuel Rudovsky*
   (PA Bar No. 335724)
   Not Admitted to the D.C. Bar. D.C. Practice
   limited to U.S. federal courts and related
   matters under D.C. Ct. App. R. 49(c)(3).
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@fire.org
jim.grant@fire.org
sara.berinhout@fire.org
sam.rudovsky@fire.org

*Admitted pro hac vice
**Pro hac vice forthcoming

*Counsel for Plaintiff*

2