**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NEWSGUARD TECHNOLOGIES, INC.,

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION and
ANDREW FERGUSON, in his official
capacity as Chairman of the Federal Trade
Commission,

*Defendants*.

Case No.: 1:26-cv-00353-DLF

Hon. Dabney L. Friedrich

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO HOLD**
**PROCEEDINGS IN ABEYANCE PENDING INTERLOCUTORY APPEAL**

Upon consideration of Plaintiff's Motion to Hold Proceedings in Abeyance Pending

Interlocutory Appeal, it is hereby **ORDERED** that the Motion is **GRANTED**. Further proceedings

in this matter are **HELD IN ABEYANCE** pending resolution of Plaintiff's interlocutory appeal

from this Court's order denying Plaintiff's Motion for a Preliminary Injunction.

It is **FURTHER ORDERED** that, during the pendency of the appeal, the parties shall file

a joint status report every **90 days**.

It is **FURTHER ORDERED** that the parties shall file a joint status report within **14 days**

of the D.C. Circuit's resolution of the appeal.

**SO ORDERED.**

Dated: _____

_____
DABNEY L. FRIEDRICH
United States District Judge